UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-20421-CR-SCOLA
CASE NO. 23-20422-CR-SCOLA

UNITED STATES OF AMERICA

vs.

HEIDI CID
_____/

**JOINT MOTION TO CONTINUE SENTENCING
AND FORFEITURE HEARINGS**

The United States and Heidi Cid respectfully file this Joint Motion to Continue Ms. Cid's Sentencing and Forfeiture hearings which are currently scheduled for December 5, 2024 (Docs. 34, 106, and 109).

1. On October 25, 2023, Heidi Cid was charged in two separate cases, one case charging offenses related to PPP fraud and one for access device fraud and aggravated identity theft.

2. On April 22, 2024, Ms. Cid pleaded guilty to charges in both cases. Her sentencing and forfeiture hearing are currently scheduled for December 5, 2024.

3. Ms. Cid has cooperated with the government and testified this month in case number 23-cr-20421 against Lazaro Verdecia Hernandez and Yadier Rodriguez Arteaga. Both defendants were convicted at trial.

4. Ms. Cid's cooperation will continue through and until the sentencing of Verdecia Hernandez and Rodriguez Arteaga.

5. To complete her cooperation and allow the Government and Court an opportunity to make a full assessment of Ms. Cid's contributions, both parties respectfully seek a continuance of her sentencing and forfeiture hearing until the week of February 10, 2025 (one week after the sentencing of Verdecia Hernandez and Rodriguez Arteaga.

6. Ms. Cid is currently out on bond and fully compliant with all conditions that have been set by the Court.

We respectfully request that the Court continue Ms. Cid's Sentencing and Forfeiture hearings until the week of February 10, 2025.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

/s/ Thomas Haggerty
THOMAS HAGGERTY
Assistant United States Attorney
Florida Bar No. 46136
U.S. Attorney's Office – SDFL
99 N.E. 4th Street
FL 33132
Telephone: (305) 961-9002
Email: Thomas.Haggerty@usdoj.gov

MARKUS/MOSS PLLC
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By: /s/ A. Margot Moss
A. Margot Moss
Florida Bar No. 091780Miami,
mmoss@markuslaw.com

By: /s/ David Oscar Markus
David Oscar Markus
dmarkus@markuslaw.com
Florida Bar No. 119318